# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

DANIEL E. SNODGRASS,

          Appellant,

v.

                                      Case No. 5D22-2046
                                      LT Case No. 2007-CF-002375

STATE OF FLORIDA,

          Appellee.

_____/

Opinion filed December 2, 2022

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Daniel E. Snodgrass, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.


PER CURIAM.

      This Court previously affirmed the trial court's order denying

Appellant's motion for postconviction relief in Putnam County Circuit Court

Case Number 2007-CF-002375. Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further pro se filings in this Court asserting claims stemming from the identified case number may result in sanctions such as a bar on pro se filings in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2022); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT WARNED.

EVANDER, EISNAUGLE and HARRIS, JJ., concur.